THE PEOPLE, on the relation of Joseph H. Borden, *vs.* DELAWARE COMMON PLEAS.

MOTION for a mandamus. An alternative mandamus having been ordered in this case at the last term, directing the common pleas of Delaware to vacate a rule refusing to quash an appeal, and to quash the same, or shew cause, the writ, together with the return of the common pleas thereto, was submitted, and a peremptory mandamus asked for. The return stated the proceedings in the common pleas, viz. a return of a justice of the peace, under the fifty dollar act, of a cause tried before him, the appeal bond, minutes of the trial of the cause in the common pleas, setting forth that the plaintiff in the suit was nonsuited, and minutes of a motion made

*On the coming in of the return to an alternative mandamus, the papers on which the original motion was made must be presented, and the points stated in writing in support of the application.*

ALBANY,
Feb. 1829.

The People
v.
Delaware C. P.

by the plaintiff, at a subsequent term, to quash the appeal, which was denied.

*By the Court*, SUTHERLAND, J. The papers are defective. The court are not apprized of the grounds on which the alternative mandamus was ordered. The papers on which the original motion was made should be presented to the court on the coming in of the return to the alternative mandamus, and the relator should state in writing the points relied upon in support of his application.

Motion denied.